1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ODELL GROOMS
4  Special Assistant United States Attorney

5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  LONITA LEDERLE, | Case No. 1:09-cv-01736-BAK-DLB |
| 9         Appellant, | STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE |
| 10    v. | RESPONDENT'S RESPONSIVE BRIEF AND PROPOSED ORDER |
| 11  Michael J. Astrue, Commissioner of Social Security, | |
| 12        Respondent. | |
| 13 | |

14    The parties hereby stipulate by counsel, with the Court's approval as indicated by

15 issuance of the attached Order, that respondent shall have a first extension of time of 30 days

16 from the date of filing in which to respond to Appellant's Opening Brief .  This extension is

17 sought due to a continuing heavy workload, to include several briefs with concurrent due dates.

18 The new due date will be December 2, 2010.

19

20                                Respectfully submitted,

21

22 Dated: November 2, 2010        /s/ Bess M. Brewer
                                  (Via email authorization on (11/02/10)
                                  BESS M. BREWER
23                                Attorney for Plaintiff

24

25

26

27

28

Case 1:09-cv-01736-JLT   Document 15   Filed 11/03/10   Page 2 of 2

Respectfully submitted,

Dated: November 2, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Based upon the stipulation of the parties, Defendant is granted an extension of time, until December 2, 2010, to file his opposing brief.

IT IS SO ORDERED.

Dated:   **November 3, 2010**                              **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

2