IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONITA LEDERLE,<br><br>        Appellant,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Respondent.<br>_____ | ) Case No.: 1:09-cv-01736 JLT<br>)<br>) ORDER GRANTING EXTENSION OF TIME<br>)<br>) (Doc. 16)<br>)<br>)<br>)<br>)<br>)<br>) |

      Parties have stipulated by counsel to extend the period of time for the Respondent to file respond to Appellant's Opening Brief.  Notably, this is the second extension sought by the Respondent.

      The first extension was granted by the Court on November 3, 2010 (Doc. 15), setting the due date as December 2, 2010 per the parties' stipulation and in accord with the Scheduling Order that allows a single thirty day extension by stipulation (Doc. 4).  A request after the single thirty day extension "will be granted only for good cause."  (Doc. 4 at 4).  Both requests for extension of time have been made "due to a continuing heavy workload, to include several briefs with concurrent due dates."  (Doc. 14 at 1, Doc. 16 at 1).  Good cause has therefore been shown for this extension of time.  However, in light of the previous extensions, the Court <u>will not grant another extension</u> without a showing of exceptional good cause.

1  Accordingly, it is HEREBY ORDERED: Respondent is granted an extension of time until
2  January 3, 2011, to file his response to the Appellant's Opening Brief.
3  IT IS SO ORDERED.
4  Dated:   **December 14, 2010**                             **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE