UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONITA LEDERLE,<br><br>            Appellant,<br><br>     v.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>            Respondent. | Case No. 1:09-cv-01736-JLT<br><br>ORDER GRANTING AN EXTENSION OF TIME FOR RESPONDENT TO FILE A RESPONSE TO APPELLANT'S MOTION FOR ATTORNEY'S FEES<br><br>(Doc. 22) |

Through counsel, the parties have stipulated to an extension of time for Respondent to file his response to the pending Motion for Attorney Fees. (Doc. 22) The extension is based upon counsel's heavy workload and the recent reassignment of personnel and duties within the Office of the General Counsel.  Id. Good cause appearing, the Court **ORDERS** that Respondent SHALL file his response no later than **July 18, 2011**.

IT IS SO ORDERED.

Dated:  **June 1, 2011**                              /s/ **Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE