IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONITA LEDERLE,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Respondent. | Case No.: 1:09-cv-01736 JLT<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT EQUAL ACCESS TO JUSTICE ACT |

On July 13, 2011, Plaintiff Lonita Lederle and Defendant Michael J. Astrue, Commissioner of Social Security stipulated for the award and payment of attorneys fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).  (Doc. 25).

Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED: fees and costs in the amount of $3,700.00 is **AWARDED** to Plaintiff, Lonita Lederle.

IT IS SO ORDERED.

Dated:  **July 14, 2011**　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE